Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAULINA HERNANDEZ, ET AL., <br><br> Defendant. | CASE NO. 5:11-cv-01168-LHK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PAULINA HERNANDEZ A/K/A PAULINA H. LLAMAS, individually and d/b/a EL JALISCIENSE A/K/A TACOS EL JALISCIENSE |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant PAULINA HERNANDEZ A/K/A PAULINA H. LLAMAS, individually and d/b/a EL JALISCIENSE A/K/A TACOS EL JALISCIENSE, that the above-entitled action is hereby dismissed **without prejudice** against PAULINA HERNANDEZ A/K/A PAULINA H. LLAMAS, individually and d/b/a EL JALISCIENSE A/K/A TACOS EL JALISCIENSE.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///
///
///
///
///

Dated: December 20, 2011

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 12/23/11

_____
LAW OFFICES OF JEFFREY L. TADE
By: Jeffrey Lawilao Tade, Esquire
Attorney for Defendant PAULINA HERNANDEZ a/k/a PAULINA H. LLAMAS, individually and d/b/a EL JALISCIENSE a/k/a TACOS EL JALISCIENSE

IT IS SO ORDERED:

_____
The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: January 10, 2012

///
///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 5:11-cv-01168-LHK
PAGE 2